

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00431-CV

Hestia Management, LLC, Hestia Investments, Ltd., and Troy Tucker
v.
Bernard Klimist and Laura Stuart

On Appeal from the
135th District Court of Calhoun County, Texas
Trial Court Cause No. 2020-CV-4161-DC

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

December 11, 2025